**FILED**

**SEP 29 2021**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER FRANKLIN and ) <br> KANIYA SLOAN ) <br> ) <br> Defendants. ) | 4:21CR536 AGF/NCC |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about September 13, 2021, through and including September 15, 2021, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER FRANKLIN and
KANIYA SLOAN,**

the defendants herein, at a place within the special maritime and territorial jurisdiction of the United States, namely the Gateway National Arch Park, on land acquired for the use of the United States and under its concurrent jurisdiction, aided, abetted, counseled, commanded, and induced another person to take from the person and presence of A.P. and S.S., two cellular phones, by force and violence and by intimidation, in violation of Title 18, United States Code, Section 7(3), Section 2111, and Section 2.

### COUNT TWO

The Grand Jury further charges that:

Beginning on or about September 13, 2021, through and including September 15, 2021, in

the City of St. Louis, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER FRANKLIN and
KANIYA SLOAN,**

the defendants herein, knowingly received, relieved, comforted and assisted another who had, at a place within the special maritime and territorial jurisdiction of the United States, namely the Gateway National Arch Park, on land acquired for the use of the United States and under its concurrent jurisdiction, taken from the person and presence of A.P. and S.S., two cellular phones, by force and violence and by intimidation, in order to hinder or prevent said person's apprehension, trial or punishment, in violation of Title 18, United States Code, Section 7(3), Section 2111, and Section 3.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney